[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *Ross v. Cuyahoga Cty. Bd. of Revision,* Slip Opinion No. 2015-Ohio-3443.]

NOTICE

This slip opinion is subject to formal revision before it is published in an advance sheet of the Ohio Official Reports. Readers are requested to promptly notify the Reporter of Decisions, Supreme Court of Ohio, 65 South Front Street, Columbus, Ohio 43215, of any typographical or other formal errors in the opinion, in order that corrections may be made before the opinion is published.

SLIP OPINION NO. 2015-OHIO-3443

ROSS ET AL., APPELLANTS, *v.* CUYAHOGA COUNTY BOARD OF REVISION ET AL., APPELLEES.

[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *Ross v. Cuyahoga Cty. Bd. of Revision,* Slip Opinion No. 2015-Ohio-3443.]

*Taxation—Real-property valuation—Board of Tax Appeals' decision vacated and cause remanded for consideration in light of* Schwartz v. Cuyahoga Cty. Bd. of Revision.

(No. 2013-1951—Submitted January 13, 2015—Decided August 28, 2015.)

APPEAL from the Board of Tax Appeals, No. 2013-607.

_____

**Per Curiam.**

{¶ 1} The decision of the Board of Tax Appeals ("BTA") is vacated and the cause is remanded for further proceedings in light of *Schwartz v. Cuyahoga Cty. Bd. of Revision*, Slip Opinion No. 2015-Ohio-3431, which addressed a property located in close proximity to the property at issue here and which held

that a recent, arm's-length sale price of $5,000 was the value of the property. On remand, the BTA shall consider the $5,000 value of the Schwartz property along with all the other evidence currently in the record to determine the value of the property at issue.

Decision vacated,

and cause remanded.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, and O'NEILL, JJ., concur.

KENNEDY and FRENCH, JJ., dissent.

_____

J. Alex Morton, for appellants.

Timothy J. McGinty, Cuyahoga County Prosecuting Attorney, and Reno J. Oradini Jr., Assistant Prosecuting Attorney, for appellees.

_____